**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

KEVIN BYERS                                                                    PLAINTIFF

v.                                        No. 2:16-cv-00124-JM

CITY OF AUGUSTA, ARKANSAS; et al.                                         DEFENDANTS

## ORDER

On October 25, 2018, the Court ordered Kevin Byers to provide proof of service of

summons and complaint within ten days from the entry of that Order.   Byers has not complied.

This action is therefore dismissed without prejudice.

IT IS SO ORDERED this 7th day of November, 2018.

_____
JAMES M. MOODY, JR
UNITED STATES DISTRICT JUDGE